# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

CCMH Minneapolis LLC

        Plaintiff,

v.                                  **ORDER OF REFERENCE**
                                     Court File No. 08-cv-5092 PAM/JJG

Berger Transfer & Storage, Inc.,
et al.

        Defendants.

------------------------------------------------------------

        The parties in this case consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings pursuant to 28 U.S.C. 636(c) and Fed.R.Civ.P. 73.

        IT IS HEREBY ORDERED that this case be referred to the Honorable Jeanne J. Graham, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73.


Dated: March   31  , 2009


                                                        s/Paul A. Magnuson
                                                        Paul A. Magnuson, Judge
                                                        United States District Court